# Court of Appeals
# of the State of Georgia

ATLANTA, __October 14, 2021__

*The Court of Appeals hereby passes the following order:*

## A21A1069. MEADE et al. v. LINDLEY.

After a thorough review of the complete record, we have determined that the application for discretionary appeal was improvidently granted. Accordingly, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/14/2021__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen